STATE OF MONTANA on the Relation of FRANK RODRIGUEZ, Petitioner, v. The Honorable ROBERT H. WILSON, District Judge of Department No. 3 of the Thirteenth Judicial District of the State of Montana, in and for the County of Yellowstone, Respondent.

No. 12503.
Decided May 1, 1973.
509 P.2d 297.

Arnold A. Berger (argued) Billings, for petitioner.

ORDER

PER CURIAM:

Petitioner, in this original proceeding seeks an appropriate writ to require the respondent court to grant petitioner's motion to suppress certain evidence, which said motion had been denied by the respondent court, all in the criminal cause of State of Montana vs. Frank Rodriguez, now pending in the respondent court.

Following oral presentation of the petition by counsel the matter was taken under advisement, and the Court now being informed therein,

Ordered that the relief requested be, and it hereby is, denied.